COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Kristen Pullen v. Jarvis Richardson and Office of the Attorney General of Texas

Appellate case number:    01-17-00701-CV

Trial court case number:   2015-21621

Trial court:                  246th District Court of Harris County

Proceeding pro se, appellant, Kristin Pullen, filed a notice of the appeal of the trial court's June 16, 2017 "Order in Suit Affecting the Parent-Child Relationship." We abated the appeal and remanded the case to the trial court for the court to file findings of fact and conclusions of law. On February 27, 2018, we reinstated the appeal and directed appellant to file her brief no later than March 29, 2018. On April 17, 2018, we granted an extension of time to file an appellant's brief to May 18, 2018, with no further extensions. On June 4, 2018, however, appellant filed a motion requesting additional time to file her brief. We granted the motion and extended the time to file a brief to July 9, 2018, with no further extensions. On July 10, and July 11, 2018, appellant informed the Clerk of this Court, that her brief was "completed and ready to be filed" but a "technical error" had prevented her from electronically filing the brief. We extended the time to file the brief to August 3, 2018, with no further extensions. TEX. R. APP. P. 9.2(c)(5), 38.6(d). When appellant did not file her brief, we notified her that the appeal was subject to dismissal for want of prosecution unless she filed her brief by September 4, 2018. *See id.* 38.8(a)(1). On September 5, 2018, appellant filed a motion to extend the time to file her brief or, in the alternative, to abate the appeal.

We **grant** appellant's motion to extend time to file her brief. **Appellant's brief is due no later than OCTOBER 24, 2018. No further extensions will be granted. If appellant does not file her brief as directed, the appeal may be dismissed for want of prosecution without further notice.** *See id.* 38.6(d), 38.8(a)(1); *see also Green v. Midland Mortg. Co.*, 342 S.W.3d 686, 692 n.7 (Tex. App.—Houston [14th Dist.] 2011, no pet.) ([A] party proceeding pro se must still comply with all applicable procedural rules."). Appellant's motion to abate the appeal is **dismissed as moot**.

It is so ORDERED.

Judge's signature: /s/ Terry Jennings
                         X  Acting individually     ☐  Acting for the Court

Date:  September 18, 2018